UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION
1974, AFFILIATED WITH INTERNATIONAL
UNION OF ALLIED PAINTERS AND ALLIED
TRADES, AFL-CIO and TRUSTEES OF THE
DRYWALL TAPERS AND POINTERS LOCAL
UNION NO. 1974 BENEFIT FUNDS,

               Petitioners,               21 **CIVIL** 7527 (VSB)

   -against-                                **JUDGMENT**

TIGER CONTRACTING CORP.,

               Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 18, 2023, Petitioners' motion is GRANTED. The Award is confirmed, and the judgment is in favor of Petitioners and against Respondent in the amount of $10,554.09, plus $1,882.39 interest from the date of the Award through the date of judgment at a rate of 7.5 percent; accordingly, the case is closed.

**Dated**: New York, New York
       October 18, 2023

                                                           **RUBY J. KRAJICK**

                                                            Clerk of Court

                      BY:

                                                            **Deputy Clerk**